# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROYAL ANTHONY JACKSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85083

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a district court order for summary punishment of contempt committed in the immediate view and presence of the court and an order to appear in proper person. Because no statute or court rule permits an appeal from such orders in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.                          _____, J.
Stiglich                                                Herndon

cc:    Hon. Jasmin D. Lilly-Spells, District Judge
       Royal Anthony Jackson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       John J. Piro

SUPREME COURT
OF
NEVADA

(O) 1947A

22-24409